

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-26-00334-CV

**IN RE** Tamer F. **MORSI**

Original Proceeding[1]

PER CURIAM

Sitting:      Lori I. Valenzuela, Justice
               H. Todd McCray, Justice
               Velia J. Meza, Justice

Delivered and Filed: April 23, 2026

PETITION FOR WRIT OF MANDAMUS DENIED; EMERGENCY MOTION FOR TEMPORARY RELIEF DENIED AS MOOT

On April 23, 2026, relator filed a petition for writ of mandamus and emergency motion for temporary stay. Mandamus is an extraordinary remedy, available only when the relator can show (1) the trial court clearly abused its discretion or violated a duty imposed by law; and (2) there is no adequate remedy by way of appeal. *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). After considering the petition and the record, this court concludes relator has not shown that he is entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is DENIED AS MOOT.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2024-CI-25242, styled *Tamer F. Morsi v. Golden Energy LLC.*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.